# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Eyak Technology, LLC ) ASBCA Nos. 58552, 58553
) 58554, 58555
)
Under Contract Nos. W912HZ-05-D-0015 )
W912HZ-09-C-0014 )
W912HZ-09-C-0015 )
W912HZ-09-C-0016 )

APPEARANCES FOR THE APPELLANT: Paul F. Khoury, Esq.
John R. Prairie, Esq.
Roderick L. Thomas, Esq.
Wiley Rein LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Katherine D. Denzel, Esq.
Engineer Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 17 December 2014

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58552, 58553, 58554, 58555, Appeals of Eyak Technology, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals